UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                  :         Chapter 11
                                                   :
Journal Register Company, et al.,[1]        :         Case No. 09-10769 (ALG)
                                                   :
                      Debtors.              :         Jointly Administered
-------------------------------------------------------x

## ORDER EXTENDING THE DEBTORS'
## EXCLUSIVE PERIODS TO FILE A PLAN OF
## REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO
## PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the motion (the "**Motion**") of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), for an order extending their exclusive periods to file a plan of reorganization and to solicit acceptances thereto, pursuant to section 1121(d) of the Bankruptcy Code; and notice of the Motion having been provided to the parties identified in the Motion; and no other or further notice being necessary or required; and it appearing to the Court, based upon the Motion, and the full record of these cases that the Motion should be granted; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion is granted to the extent set forth herein.

---

[1]    If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Journal Register Company (8615); (ii) 21st Century Newspapers, Inc. (6233); (iii) Acme Newspapers, Inc. (6478); (iv) All Home Distribution Inc. (0624); (v) Chanry Communications, Ltd. (3704); (vi) Greater Detroit Newspaper Network, Inc. (4228); (vii) Great Lakes Media, Inc. (5920); (viii) Great Northern Publishing, Inc. (0800); (ix) The Goodson Holding Company (2437); (x) Heritage Network Incorporated (6777); (xi) Hometown Newspapers, Inc. (8550); (xii) Independent Newspapers, Inc. (2264); (xiii) JiUS, Inc. (3535); (xiv) Journal Company, Inc. (8220); (xv) Journal Register East, Inc. (8039); (xvi) Journal Register Supply, Inc. (6546); (xvii) JRC Media, Inc. (4264); (xviii) Middletown Acquisition Corp. (3035); (xix) Morning Star Publishing Company (2543); (xx) Northeast Publishing Company, Inc. (6544); (xxi) Orange Coast Publishing Co. (7866); (xxii) Pennysaver Home Distribution Corp. (9476); (xxiii) Register Company, Inc. (6548); (xxiv) Saginaw Area Newspapers, Inc. (8444); (xxv) St. Louis Sun Publishing Co. (1989); (xxvi); Up North Publications, Inc. (2784); and (xxvii) Voice Communications Corp. (0455). The Debtors' executive headquarters' address is 790 Township Line Road, Third Floor, Yardley, PA 19067.

4920395.5

      2.      Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

      3.      The Debtors' Exclusive Filing Period shall be extended by approximately ninety (90) days through and including September 21, 2009.

      4.      The Debtors' Exclusive Solicitation Period shall be extended by **sixty (60)** ~~ninety (90)~~ days through and including ~~December~~ **November** 18, 2009.

      5.      The entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or to seek other appropriate relief.

      6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
       June 18, 2009

                                 */s/ Allan L. Gropper*
                                 THE HONORABLE ALLAN L. GROPPER
                                 UNITED STATES BANKRUPTCY JUDGE