UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                : Chapter 11
                                     :
Journal Register Company, et al.,    : Case No. 09-10769 (ALG)
                                     :
              Reorganized Debtors.   : Jointly Administered
------------------------------------------------------x

**NOTICE OF: (I) ENTRY OF ORDER CONFIRMING
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
FOR JOURNAL REGISTER COMPANY AND ITS AFFILIATED DEBTORS;
(II) OCCURRENCE OF EFFECTIVE DATE; AND (III) DEADLINE FOR
FILING FEE CLAIMS AND CLAIMS ARISING FROM REJECTION
OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE THAT:**

1. On July 7, 2009, the United States Bankruptcy Court for the Southern District of New York entered an order (the "**Confirmation Order**"), confirming the Amended Joint Chapter 11 Plan of Reorganization for Journal Register Company and Its Affiliated Debtors, dated May 6, 2009 (as confirmed, the "**Plan**"). If you want to request a copy of the Confirmation Order or the Plan, you may (a) visit the website of the Debtors' balloting agent, Epiq Bankruptcy Solutions, LLC ("**Epiq**") at http://chapter11.epiqsystems.com/journalregister, (b) contact Epiq by calling (866) 897-6437, or (c) visit the Bankruptcy Court's website: www.nysb.uscourts.gov. In addition, copies of these documents are on file with the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004. Capitalized terms used but not defined herein have the meanings given them in the Plan.

2. On August 7, 2009, the "Effective Date" occurred with respect to the Plan.

3. Pursuant to Section 3.2(a) and (b) of the Plan and paragraph 20 of the Confirmation Order, each Professional Person who holds or asserts a Fee Claim, other than ordinary course professionals retained by the Debtors pursuant to an order(s) of the Bankruptcy Court, shall be required to file with the Bankruptcy Court, and serve on all parties required to receive notice, a Fee Application within forty-five (45) days after the Effective Date. Accordingly, all Fee Applications must be filed and served so as to actually be received on or before September 21, 2009. **FAILURE TO FILE AND SERVE SUCH FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE FEE CLAIM BEING FOREVER BARRED AND DISCHARGED.**

4. Pursuant to Article X of the Plan and Paragraph 17 of the Confirmation Order, Claims arising out of the rejection of an executory contract or unexpired lease identified on Schedule 10.1 to the Plan ("**Rejection Claims**"), must be filed with the Court and served on Epiq, on or before thirty (30) days after service of this notice (i.e., September 21, 2009). **ANY REJECTION CLAIMS NOT FILED WITHIN SUCH APPLICABLE TIME PERIODS**

**ARE FOREVER BARRED FROM RECEIVING A DISTRIBUTION FROM THE DEBTORS, THE REORGANIZED DEBTORS OR THE ESTATES.**

Dated: New York, New York
       August 19, 2009

                                              WILLKIE FARR & GALLAGHER LLP
                                              Counsel for Reorganized Debtors
                                              787 Seventh Avenue
                                              New York, NY 10019