UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE : | Chapter 11 |
| : | Case No. 09-10769 (ASG) |
| Journal Register Company, et al., : | |
| : | (Jointly Administered) |
| Debtors : | |

### FIFTH NOTICE OF ADJOURNMENT OF MARK A. SERENI'S MOTION TO MODIFY STAY AND/OR RELIEF FROM STAY

**PLEASE TAKE NOTICE** that on October 5, 2009, Mark A. Sereni ("Mr. Sereni") filed the Motion for an Order granting relief from the automatic stay provisions of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(d)(2) (the "Bankruptcy Code"), and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Motion"). Mr. Sereni is seeking relief from the automatic stay to enable him to continue his state court action (the "State Court Litigation") against the debtors Journal Register Company, Delaware County Daily and Sunday Times (a name under which debtor The Goodson Holding Company is believed to do business) and Hometown Press's (a name under which debtor Journal Register East, Inc. is believed to do business) (collectively, the "Debtors") insurance policy, and against non-debtors F. Gilman Spencer IV, Loretta Rodgers, John Steffy, John Green, Kimberly SanGiorgio and David Seitz (collectively the "Non-Debtor Co-Defendants").

**PLEASE TAKE FURTHER NOTICE THAT,** upon agreement with the Debtors, the hearing on the Motion has been adjourned from January 4, 2010 at 10:00 a.m. and rescheduled to **Thursday, January 21, 2010 at 10:00 a.m.** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, One Bowling Green, Room 617, New York, New York 10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: December 29, 2009
       Hartford, CT

                                        MARK A. SERENI

                                        By his counsel,

                                        /s/ Michael J. Pendell
                                        Michael J. Pendell (MP0844)
                                        Hinckley, Allen & Snyder LLP
                                        20 Church Street
                                        Hartford, CT 06103
                                        T: (860) 331-2688
                                        F: (860) 331-2689
                                        mpendell@haslaw.com